**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00029-CR**
_____

**RONALD DAVID PIAZZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 163rd District Court**
**Orange County, Texas**
**Trial Cause No. B190257-R**

**ORDER**

On January 20, 2022, the trial court convicted Ronald David Piazza and imposed a ten-year prison sentence for possession of a controlled substance. The trial court signed a certification that this is not a plea bargain case, and the defendant has a right of appeal. Information provided by the District Clerk indicates Rife Kimler represented Piazza as retained counsel in the trial court. The Notice of Appeal—Criminal form received from the Orange County District Clerk states it was a plea bargain with a guilty plea. On January 27, 2022, Piazza filed a *pro se*

1

notice of appeal. The trial court clerk and the court reporter notified the Court that the appellant has not paid for the record. On March 22, 2022, we received correspondence from Rife Kimler, Piazza's trial counsel, wherein Mr. Kimler informed the Court that Piazza has not retained him for the appeal and informed the Court that Piazza filed in the trial court a statement of indigence with his notice of appeal. *See* Tex. R. App. P. 20.2.

The Court finds that a hearing is necessary to protect the appellant's right of appeal. It is therefore, ordered that the appeal is abated and the case is remanded to the trial court for a hearing at which the appellant shall be present. We direct the trial court to determine whether the appellant has the right of appeal, if so, whether he desires to appeal, and if so, whether the appellant is indigent, whether he has retained counsel for the appeal, and if so, whether counsel has abandoned the appeal or has a conflict of interest that prevents him from representing Piazza on appeal. If the trial court determines that the appellant desires to appeal, that he is indigent, and that he has neither retained counsel for the appeal nor obtained a court-ordered attorney, we direct the trial court to appoint counsel to represent Piazza on appeal. If the trial court appoints appellate counsel, we direct the trial court to order the trial court clerk and the court reporter to prepare a free record due to the appellant's indigence. A supplemental reporter's record of the hearing here ordered, together with a supplemental clerk's record containing any orders signed by the trial court in

2

connection with the hearing, shall be filed with the Court of Appeals by April 29, 2022. All appellate timetables are suspended while the case is before the trial court.

ORDER ENTERED March 30, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.